BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 16602 NEW YORK HOUSE ROAD, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 056-180-025-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　　Defendant. | 2:13-CV-01794-KJM-DAD<br><br><br>REQUEST FOR STAY OF FURTHER PROCEEDINGS AND  PROPOSED ORDER |

　　　　The United States, and Claimant Felipe Gonzalez (hereafter referred to as "claimant"), by and through their respective counsel, hereby request that the Court enter an order staying further proceedings until January 1, 2016, pending the outcome of a related state criminal case against defendant Felipe Gonzalez, Yuba County Superior Court Case No. CRS13-0000732.   Felipe S. Gonzalez, a single man, is the recorded owner of the defendant property, which is approximately 4.65 acres with a single-wide mobile home and a detached shop.

　　　　1.　　On November 20, 2013, Felipe Gonzalez filed a claim in this action alleging an interest in the defendant property.  On December 7, 2013, claimant filed an Answer to the complaint.

　　　　2.　　The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. §

1

881(i).  The United States contends that the defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 et seq., specifically, the cultivation of marijuana.

3. To date, Felipe Gonzalez has been charged with state criminal crimes related to marijuana cultivation at the defendant property, Yuba County Superior Court Case No. CRS13-0000732.  The United States intends to depose claimant Felipe Gonzalez regarding his ownership of the defendant property, as well as his knowledge and participation in the marijuana grow at the defendant property.  If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and jeopardizing the ability to pursue his claim to the defendant property, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself.  If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this court.

4. In addition, claimant intends to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Drug Enforcement Agency.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claim to the property and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until January 1, 2016, in accordance with the terms of this stipulation.  For these reasons, the parties jointly request that this matter be stayed

///
///
///
///
///
///

2

until January 1, 2016.  At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated:   11/30/2015                          BENJAMIN B. WAGNER
                                             United States Attorney

                                     By:    /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

Dated:   11/30/2015                          /s/ Mark J. Reichel
                                             MARK J. REICHEL
                                             Attorney for claimant Felipe Gonzalez

                                             (Authorized via email on 11/30/15)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until January 1, 2016.  On or before January 1, 2016, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  December 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

Stipulation for Stay of
Further Proceedings