UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AT 16602 NEW YORK HOUSE ROAD, BROWNSVILLE, CA,<br><br>Defendant. | No.  2:13-cv-01794-KJM-KJN<br><br><br>ORDER |

The court has considered the Stipulation of Dismissal of the defendant property, located at 16602 New York House Road, Brownsville, California, Yuba County, APN: 056-180-025-000 ("defendant property"). ECF No. 22.  It is hereby ORDERED that defendant property be dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 6, 2016

_____
UNITED STATES DISTRICT JUDGE

1